UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>  v.<br><br>KRISTEN STUCKEN, ET AL.,<br><br>       Defendants.<br>_____/ | No. C-11-01598 DMR<br><br>**ORDER GRANTING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

The Court is in receipt of Plaintiff State Farm Life Insurance Company and Defendants Edward and Gail Stucken's joint request to continue the Initial Case Management Conference on the grounds that Defendant Kristen Stucken was only recently served with the complaint. Good cause appearing, the request is granted. The Initial Case Management Conference previously scheduled for July 13, 2011 is CONTINUED to **August 31, 2011 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than August 24, 2011. All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly. *See* Docket No. 2. Immediately upon receipt of this Order, Plaintiff shall serve Defendant Kristen Stucken with a copy of this Order and file a proof of service with the Court.

IT IS SO ORDERED.

Dated: July 5, 2011

_____
DONNA M. RYU
United States Magistrate Judge